IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIDGETTE DAVIS, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:19-CV-00775-RWS-CAN |
| v. | § | |
| | § | |
| JTM CAPITAL MANAGEMENT, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket No. 49), containing proposed findings of fact and recommendation that Plaintiff Bridgette Davis's Motion for a Default Judgment and Memorandum of Law (Docket No. 41) be granted in part and denied in part, and Plaintiff be awarded $8,274.49 as statutory damages and attorneys' fees and costs against Defendant Global Mediation Group, LLC.

Having considered the Report and Recommendation, to which the parties have not objected, the Court **ADOPTS** the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore

**ORDERED** that Plaintiff Bridgette Davis's Motion for a Default Judgment and Memorandum of Law (Docket No. 41) is **GRANTED IN PART** and **DENIED IN PART**. A default judgment shall be entered for Plaintiff.

**SIGNED this 15th day of December, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE